IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RALPH DALE ARMSTRONG,

    Plaintiff,

    v.                                        Case No. 12-cv-426-bbc

JOHN I. NORSETTER, former Assistant Dane
County District Attorney; MARION G. MORGAN,
Madison Police Department Detective; JOHN DOE #2,
Madison WI Police Officer; KAREN D. DAILY,
Wisconsin Crime Lab Analyst; DANIEL J.
CAMPBELL, Wisconsin Crime Lab Analyst; JANE
DOE #3, Wisconsin Crime Lab Analyst; and JANE
DOE #4, Dane County Clerk of Circuit Court Assistant,

    Defendants.

---

NOTICE OF APPEAL

---

    PLEASE TAKE NOTICE the defendants, Karen Daily and Daniel Campbell, by their attorneys, J.B. Van Hollen, Attorney General and Assistant Attorney General John J. Glinski, pursuant to Fed. R. App. P. 3(a), appeal to the United States Court of Appeals for the Seventh Circuit from the order entered in this action on October 22, 2013, insofar as it denied the defendants qualified immunity from the plaintiff's claim for money damages for the violation of his procedural due process rights under the Fourteenth Amendment. *See Hanes v. Zurick*, 578 F.3d 491, 493 (7th Cir. 2009).

    Dated this 29th day of October, 2013.

                                                     Respectfully submitted,

                                                     J.B. VAN HOLLEN
                                                     Attorney General

- 2 -

        S/JOHN J. GLINSKI
        Assistant Attorney General
        John J. Glinski State Bar No. 1014024
        Attorneys for Defendants Daily and Campbell
        Wisconsin Department of Justice
        Post Office Box 7857
        Madison, Wisconsin 53707-7857
        (608) 266-3858
        (608) 267-8906 (Fax)
        glinskijj@doj.state.wi.us