UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RALPH DALE ARMSTRONG,

        Plaintiff,

        Case No. 12-cv-426-bbc

v.

JOHN I. NORSETTER, former Assistant Dane
County District Attorney; MARION G. MORGAN,
Madison Police Department Detective; JOHN DOE #2,
Madison, WI Police Officer; KAREN D. DAILY, Wisconsin
Crime Lab Analyst; JANE DOE #3, Wisconsin Crime Lab
Analyst; VICKI GILBERTSON, Dane County Clerk of
Circuit Courts Supervisor; and JANE DOE #4, Dane
County Clerk of Circuit Court Assistant,

        Defendants.

## NOTICE OF APPEAL

Notice of hereby given that defendant, John I. Norsetter, by his attorneys, Bell, Moore & Richter, S.C., pursuant to Fed. R. App. P. 3(a), appeal to the United States Court of Appeal for the Seventh Circuit from the Opinion and Order entered in this action on October 22, 2013.

Dated this 6th day of November, 2013.

        BELL, MOORE & RICHTER, S.C.
        Attorneys for Defendant, John I. Norsetter


        By:__/s/  Sheila M. Sullivan
           Sheila M. Sullivan
           State Bar No. 1025532
           Timothy J. Yanacheck
           State Bar No. 1015126

**Address:**
44 East Mifflin Street, Ste. 1000
Post Office Box 1807
Madison, WI   53701-1807
Telephone:   608/257-3764
Facsimile:   608/257-3757
E-Mail:       ssullivan@bmrlawyers.com
              tyanacheck@bmrlawyers.com