## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RALPH DALE ARMSTRONG,

    Plaintiff,

    v.

JOHN I. NORSETTER,
MARION G. MORGAN,
KAREN D. DAILY and
DANIEL J. CAMPBELL,

    Defendants.

Case No.:  12-cv-426-bbc

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant Marion G. Morgan, by her attorneys, Boardman & Clark LLP, by Andrew B. Hebl, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Decision and Order by the Honorable Barbara B. Crabb entered on July 29, 2016, Docket No. 224, which denied qualified immunity and summary judgment in favor of Defendant Marion G. Morgan.

DATED:  August 1, 2016.

BOARDMAN & CLARK LLP
By

*/s/ Andrew B. Hebl*
Catherine M. Rottier, State Bar No. 1016342
Andrew B. Hebl, State Bar No. 1071117
Attorneys for Defendant Marion G. Morgan
U.S. Bank Plaza, Suite 410
1 South Pinckney Street
P.O. Box 927
Madison, Wisconsin  53701-0927
(608) 257-9521
crottier@boardmanclark.com
ahebl@boardmanclark.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of August, 2016, I electronically filed the foregoing with the Clerks of Court for the United States Court of Appeals for the Seventh Circuit and the United States District Court for the Western District of Wisconsin by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                */s/ Andrew B. Hebl*
                                                Andrew B. Hebl